UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **HENRY HICKSON** | **CIVIL ACTION NO. 25-760-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **TERRANCE HAULCY, ET AL.** | **MAG. JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 11th day of August 2025.

_____
**CHIEF JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**